AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MAHMOUD AMIN MOHAMED ELHASSAN | ) | Case No. 1:16-mj-25 |
| | ) | |
| *Defendant(s)* | ) | |

FILED JAN 16 2016 CLERK ALEXANDRIA, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/20/2015 to 01/15/2016__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2339B and 2 | Aiding and Abetting Joseph Hassan Farrokh's Attempt to Provide Material Support to a Designated Foreign Terrorist Organization |

This criminal complaint is based on these facts:
see attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

Walter T. Johnson, Jr. USSS Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/16/2016__

/s/ John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, VA__   John F. Anderson, U.S. Magistrate Judge
*Printed name and title*