UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES

VS

DEFENDANT(S): Mahmoud Amin Mohamed Elhassan

JUDGE: Ivan D. Davis
CASE NO.: 1:16mj25
HEARING: DH
DATE: 1.27.16
TIME: 2m
REPORTER: FTR GOLD SYSTEM
CLERK: John Williams

COUNSEL FOR UNITED STATES: D. Fitzpatrick
COUNSEL FOR DEFENDANT: A. Nubani
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
(X) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) GOVT NOT SEEKING DETENTION
(X) DEFT. (X) REMANDED ( ) DETAINED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION

( ) DEFT. CONTINUED ON BOND/PROBATION

CONDITIONS OF RELEASE:
($   ) UNSECURED ($   ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

MINUTES:
( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____
(X) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____
Deft called witness (4 total) - Deft argues for release w/ conditions - Affidavit of character support submitted - Denied

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE: _____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) INDENT ( ) OTHER JUDGE _____

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS

Risk of Non-Appearance