IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:16 mj 25 |
| v. | ) | |
| | ) | |
| MAHMOUD AMIN MOHAMED ELHASSAN | ) | |

NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney Dana J. Boente, United States Attorney for the Eastern District of Virginia, hereby provides notice to defendant Mahmoud Amin Mohamed Elhassan and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812.

Respectfully submitted,

Dana J. Boente
United States Attorney

    /s/
Gordon D. Kromberg
Assistant United States Attorney
Attorney for United States
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: gordon.kromberg@usdoj.gov

Certificate of Service

I hereby certify that on February 10, 2016, I electronically filed the foregoing Notice Of Intent To Use Foreign Intelligence Surveillance Act Information with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

   /s/
Gordon D. Kromberg
Assistant United States Attorney
Virginia Bar No. 33676
Assistant United States Attorney
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3700
(703) 837.8242 (fax)
gordon.kromberg@usdoj.gov