IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



UNITED STATES of AMERICA,  )
)
)
v.  )
)  Criminal No. 16cr64
Mahmoud Amin Mohamed El Hassan )
)
Defendant.  )
)

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.

6.6.16
Date

_____
Signature of Defendant

_____
Counsel for the Defendant

Approved by:

_____
Anthony J. Trenga
United States District Judge